

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of K.D., a Minor Child

No. 06-15-00012-CV

Appeal from the 307th District Court of Gregg County, Texas (Tr. Ct. No. 2014-70-DR). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. We affirm that part of the trial court's judgment finding that Mother's Affidavit of Relinquishment is valid and enforceable as between the parties. We reverse that portion of the trial court's judgment finding that termination of Mother's parental rights is in K.D.'s best interest and remand the case to the trial court for a new trial on whether termination is in K.D.'s best interest.

We note that the appellant has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

We further note that the payment of costs is waived pursuant to Section 40.062 of the Texas Human Resources Code. *See* TEX. HUM. RES. CODE ANN. § 40.062 (West 2013).

RENDERED JULY 29, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk